### 2578.   SAYRE & COMPANY *v.* BAILEY.

POWELL, J.   The plaintiffs having failed to prove their case as laid, nonsuit was the proper result of the trial.          *Judgment affirmed.*

DECIDED JANUARY 24, 1911.

Complaint; from city court of Elberton—Judge Tutt.  February 17, 1910.

*Z. B. Rogers, Sayre & Wolf,* for plaintiffs.

*George C. Grogan,* for defendant.

---

### 2598.  DUNCAN & COMPANY *v.* HOLLBERG.

POWELL, J.   Though the evidence seems to preponderate against the verdict, this court is unable to say as a matter of law that there is not some evidence to support it, and that the trial judge abused his discretion in overruling the motion for new trial.     *Judgment affirmed.*

DECIDED JANUARY 24, 1911.

Complaint; from city court of Newnan—Judge Freeman.  March 21, 1910.

*W. C. Wright,* for plaintiffs.

*A. H. Freeman, W. G. Post,* for defendant.